Hon. James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

ADAMA JAMMEH and OUMIE SALLAH, on behalf of themselves and other similarly situated,

Plaintiffs,

vs.

HNN ASSOCIATES, LLC, GATEWAY, LLC, COLUMBIA DEBT RECOVERY, LLC, d/b/a GENESIS CREDIT MANAGEMENT, LLC, and WILLIAM WOJDAK,

Defendants.

No. 2:19-cv-00620-JLR

STIPULATION AND ORDER OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

[PROPOSED]

[CLERK'S ACTION REQUESTED]

## I. STIPULATION

1. This Stipulation and Proposed Order for withdrawal and substitution of counsel is being submitted pursuant to LCR 83.2(b)(1).

2. This stipulation applies to representation of parties in the above-captioned case.

3. All parties, through their respective undersigned counsel, stipulate and agree that attorneys Jeffrey P. Downer and Daniel C. Mooney of law firm Lee Smart, P.S., Inc. may be substituted as counsel for should hereinafter be the attorneys that represent Defendants HNN Associates, LLC, Gateway, LLC, Columbia Debt Recovery, LLC, and William Wojdak in the above-captioned case.

STIPULATION AND ORDER OF WITHDRAWAL
AND SUBSTITUTION OF COUNSEL - 1
2:19-cv-00620-JLR
6550226.doc

**LEE·SMART**
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

4. All parties, through their respective undersigned counsel, stipulate and agree that attorney Andrew D. Shafer of the law firm of Simburg, Ketter, Sheppard & Purdy, LLC, should be permitted to withdraw from representing any of the Defendants in the above-captioned case, and that such withdrawal should take effect immediately.

5. All parties, through their respective undersigned counsel, stipulate and agree that attorney Krista L. White of the law firm of Columbia Debt Recovery, LLC, should be permitted to withdraw from representing Columbia Debt Recovery, LLC, in the above-captioned case, and that such withdrawal should take effect immediately.

6. All parties stipulate and agree that the substitution and withdrawal of counsel for Defendants shall not be grounds for extension of Defendants' obligations to respond to discovery and shall have no impact on the schedule for class certification set by the Court (*see* Dkt. No. 20).

DATED: October 21st, 2019

SIMBURG, KETTER, SHEPPARD & PURDY, LLC

By: s/ Andrew D. Shafer
Andrew D. Shafer, WSBA No. 9405
Attorneys for Defendants HNN Associates, LLC, Gateway, LLC Columbia Debt Recovery, LLC, d/b/a Genesis Credit Management, LLC, and William Wojdak.
Simburg, Ketter, Sheppard & Purdy, LLC
999 3rd Ave Ste 2525
Seattle, WA 98104
Phone: (206) 382-2600
E-mail: ashafer@sksp.com

DATED: October 21st, 2019

LEE SMART, P.S., INC.

By: s/ Jeffery P. Downer
Jeffrey P. Downer, WSBA No. 12625

By: s/ Daniel C. Mooney
Daniel C. Mooney, WSBA No. 44521
Substituting Attorneys for Defendants
HNN Associates, LLC and Gateway, LLC
Lee Smart, P.S., Inc.
701 Pike Street, Suite 1800
Seattle, WA 98101
Phone: (206) 624-7990
E-mail: jpd@leesmart.com
E-mail: dcm@leesmart.com

- 2
2:19-cv-00620-JLR
6550226.doc

**LEE·SMART**
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle ·WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

| | | |
|---|---|---|
| 1 | DATED: October 21st, 2019 | DATED: October 21st, 2019 |
| 2 | LAW OFFICE OF PAUL ARONS | COLUMBIA DEBT RECOVERY, LLC |

By:  /s Paul Arons
   Paul Arons, WSBA No. 47599
   Attorney for Plaintiffs
   Law Office of Paul Arons
   685 Spring St., Suite 104
   Friday Harbor, WA 98250
   Phone: (360) 378-6496
   E-mail: lopa@rockisland.com

By:  s/ Krista White
   Krista L. White, WSBA, No. 8612
   Attorneys for Defendants HNN Associates, LLC, Gateway, LLC Columbia Debt Recovery, LLC, d/b/a Genesis Credit Management, LLC,
   Columbia Debt Recovery, LLC
   1215 120th Ave NE, Suite 101
   Bellevue, WA 98005
   Phone: (425) 646-1382
   E-mail: kristaw@genesiscred.com

DATED: October 21st, 2019

DATED: October 21st , 2019

TERRELL MARSHALL LAW GROUP, PLLC

LEONARD LAW

By:  /s Beth E. Terrell
   Beth E. Terrell, WSBA No. 26759

By:  s/ Brittany J. Glass
   Brittany J. Glass, WSBA No. 52095

By:  s/ Ari Y. Brown
   Ari Y. Brown, WSBA No. 29570
   Attorney for Plaintiff

By:  s/ Blythe Chandler
   Blythe H. Chandler, WSBA No. 43387
   Attorney for Plaintiff

Terrell Marshall Law Group, PLLC
936 N 34th St., Suite 300
Seattle, WA 98103-8869
Phone: (206) 816-6603
E-mail: bterrell@terrellmarshall.com
E-mail: bglass@terrellmarshall.com
E-mail: abrown@terrellmarshall.com
E-mail: bchandler@terrellmarshall.com

By:  s/ Samuel R. Leonard
   Samuel R. Leonard, WSBA No. 46498
   Attorney for Plaintiff
   Leonard Law
   1001 4th Ave, Suite 3200
   Seattle, WA 98154
   Phone: (206) 486-1176
   E-mail: sam@seattledebtdefense.com

- 3
2:19-cv-00620-JLR
6550226.doc

**LEE·SMART**
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle ·WA· 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

**ORDER**

THIS MATTER, having come before the Court on the parties' Stipulation for Withdrawal and Substitution of Counsel, and the Court being fully advised in the premises, now, therefore, it is ORDERED that:

1. Attorneys Jeffrey P. Downer and Daniel C. Mooney of the law firm of Lee Smart, P.S., Inc. should hereinafter be the attorneys that represent Defendants HNN Associates, LLC, Gateway, LLC, Columbia Debt Recovery, LLC, and William Wojdak.

2. Attorney Andrew D. Shafer of the law firm of Simburg, Ketter, Sheppard & Purdy, LLC should be permitted to withdraw from representing any defendant in this matter, in the above-captioned cases, and that such withdrawal shall take effect immediately.

3. Attorney Krista L. White of the law firm Columbia Debt Recovery, LLC, should be permitted to withdraw from representing Columbia Debt Recovery, LLC, the above-captioned case, and that such withdrawal should take effect immediately.

The Clerk shall immediately amend the docket to reflect the changes in representation specified above.

IT IS SO ORDERED.

ENTERED this 21st day of October, 2019.

Hon. James L. Robart
U.S. District Court Judge

- 4
2:19-cv-00620-JLR
6550226.doc

**LEE·SMART**
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

## CERTIFICATE OF SERVICE

I hereby certify that on the date provided at the signature below, I electronically filed the preceding document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individual(s):

Mr. Paul Arons
Law Office of Paul Arons
685 Spring St., Suite 104
Friday Harbor, WA 98250
lopa@rockisland.com

Mr. Samuel R. Leonard
Leonard Law
1001 4th Ave, Suite 3200
Seattle, WA 98154
sam@seattledebtdefense.com

Ms. Beth E. Terrell
Ms. Brittany J. Glass
Mr. Ari Y. Brown
Terrell Marshall Law Group, PLLC
936 N 34th St., Suite 300
Seattle, WA 98103-8869
bterrell@terrellmarshall.com;
bglass@terrellmarshall.com;
abrown@terrellmarshall.com

Krista L. White
1215 120th Ave NE, Suite 101
Bellevue, WA 98005
Phone: (425) 646-1382
E-mail: kristaw@genesiscred.com

Andrew D. Shafer
Simburg, Ketter, Sheppard & Purdy, LLC
999 3rd Ave Ste 2525
Seattle, WA 98104
Phone: (206) 382-2600
E-mail: ashafer@sksp.com

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

//

- 5
2:19-cv-00620-JLR
6550226.doc

**LEE·SMART**
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle ·WA· 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

Respectfully submitted this 21st day of October, 2019.

                LEE SMART, P.S., INC.

By: s/ Daniel C. Mooney
     Jeffrey P. Downer, WSBA No. 12625
     Daniel C. Mooney, WSBA No. 44521
     Of Attorneys for Defendants HNN Associates, LLC and Gateway, LLC

- 6
2:19-cv-00620-JLR
6550226.doc

**LEE·SMART**
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944