UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADAMA JAMMEH, et al.,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>HNN ASSOCIATES, LLC, et al.,<br><br>　　　　　　　　Defendants. | CASE NO. C19-0620JLR<br><br>ORDER STRIKING DISCOVERY MOTION |

Before the court is the parties' joint Local Rule LCR 37 motion regarding Plaintiffs' request for production number 5. (Mot. (Dkt. # 32)); *see also* Local Rules W.D. Wash. LCR 37. The parties filed their motion without first requesting a conference with the court. (*See generally* Dkt.) The motion therefore contravenes the court's June 14, 2019, scheduling order. (*See* Sched. Order (Dkt. # 9) at 2 (citing Fed. R. Civ. P. 16(b)(3)(B)(v)) ("[P]ursuant to Federal Rule of Civil Procedure 16, the Court 'direct[s] that before moving for an order relating to discovery, the movant must request a conference with the court' by notifying [the courtroom deputy] . . . .") (second alteration

ORDER - 1

1 | in original)); *see also* Fed. R. Civ. P. 16(b)(3)(B)(v) (permitting the court, in its

2 | scheduling order, to "direct that before moving for an order relating to discovery, the

3 | movant must request a conference with the court"). The court therefore STRIKES the

4 | parties' joint Local Rule LCR 37 motion (Dkt. # 32) without prejudice to renewing the

5 | motion in a manner that comports with the court's scheduling order.

Dated this 26th day of January, 2020.

JAMES L. ROBART
United States District Judge