HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADAMA JAMMEH and OUMIE SALLAH, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HNN ASSOCIATES, LLC, GATEWAY, LLC, COLUMBIA DEBT RECOVERY, LLC, d/b/a GENESIS CREDIT MANAGEMENT, LLC and WILLIAM WOJDAK,<br><br>Defendants. | NO. 2:19-cv-00620 JLR<br><br>**STIPULATION AND PROPOSED ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR COLUMBIA DEBT RECOVERY, LLC D/B/A GENESIS CREDIT MANAGEMENT, LLC AND WILLIAM WOJDAK** |

## I. STIPULATION

1. This Stipulation and Proposed Order for withdrawal and substitution of counsel is being submitted pursuant to LCR 83.2(b)(1).

2. This stipulation applies to representation of parties in the above-captioned case.

3. All parties, through their respective undersigned counsel, stipulate and agree that attorneys Sarah Turner and Elizabeth Morrison of law firm Gordon Rees Scully Mansukhani, LLP, may be substituted as counsel and hereinafter be the attorneys that represent Defendants

STIPULATION AND PROPOSED ORDER FOR
SUBSTITUTION AND WITHDRAWAL OF COUNSEL-1
(Case No. 2:19-cv-00620 JLR)

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

Columbia Debt Recovery, LLC d/b/a Genesis Credit Management, LLC and William Wojdak in the above-captioned case.

4. All parties, through their respective undersigned counsel, stipulate and agree that attorneys Jeffrey Downer, Daniel Mooney and Nicole Morrow of law firm Lee Smart, P.S., Inc. should be permitted to withdraw from representing Defendants Columbia Debt Recovery, LLC d/b/a Genesis Credit Management, LLC and William Wojdak in the above-captioned case, and that such withdrawal should take effect immediately.

Dated: March 17, 2020

| LEE SMART, P.S., INC. | GORDON REES SCULLY MANSUKHANI, LLP |
|---|---|
| By: */s/ Jeffrey P. Downer*<br>    Jeffrey P. Downer, WSBA No. 12625 | By: */s/ Sarah Turner*<br>    Sarah Turner, WSBA No. 37748 |
| By: */s/ Daniel C. Mooney*<br>    Daniel C. Mooney, WSBA No. 44521 | By: */s/ Elizabeth K. Morrison*<br>    Elizabeth Morrison, WSBA No. 43042<br>Substituting attorneys for Defendants<br>Columbia Debt Recovery, LLC d/b/a<br>Genesis Credit Management, LLC and<br>William Wodjak<br>Gordon Rees Scully Mansukhani, LLP<br>701 Fifth Avenue, Suite 2100<br>Seattle, WA 98104<br>Phone: 206-695-5100<br>Email: Sturner@grsm.com<br>           Emorrison@grsm.com |
| By: */s/ Nicole T. Morrow*<br>    Nicole T. Morrow, WSBA No. 51546<br>Attorneys for Defendants HNN<br>Associates, LLC; Gateway, LLC;<br>Columbia Debt Recovery, LLC d/b/a<br>Genesis Credit Management, LLC and<br>William Wojdak<br>Lee Smart, P.S., Inc.<br>701 Pike Street, Suite 1800<br>Seattle, WA 98101<br>Phone: 206-624-7990<br>Email: jpd@leesmart.com<br>           dcm@leesmart.com<br>           ntm@leesmart.com | |

STIPULATION AND PROPOSED ORDER FOR SUBSTITUTION AND WITHDRAWAL OF COUNSEL-2
(Case No. 2:19-cv-00620 JLR)

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

| | |
|---|---|
| LAW OFFICE OF PAUL ARONS | LEONARD LAW |
| By: */s/ Paul Arons*<br>Paul Arons, WSBA No. 47599<br>Attorneys for Plaintiffs<br>Law Office of Paul Arons<br>685 Spring Street, Suite 104<br>Friday Harbor, WA 98250<br>Phone: 360-378-6496<br>Email: lopa@rockisland.com | By: */s/ Samuel R. Leonard*<br>Samuel R. Leonard, WSBA No. 46498<br>Attorney for Plaintiffs<br>Leonard Law<br>1001 4th Avenue, Suite 3200<br>Seattle, WA 98154<br>Phone: 206-486-1176<br>Email: sam@seattledebtdefense.com |

TERRELL MARSHALL LAW GROUP, LLC

By: */s/ Beth E. Terrell*
    Beth E. Terrell, WSBA No. 26759

By: */s/ Brittany J. Glass*
    Brittany J. Glass, WSBA No. 52095

By: */s/ Ari Brown*
    Ari Y. Brown, WSBA No. 29570

By: */s/ Blythe Chandler*
    Blythe Chandler, WSBA No. 43387
    Attorneys for Plaintiffs
    Terrell Marshal Law Group, PLLC
    936 N. 34th Street, Suite 300
    Seattle, WA 98103
    Phone: 206-816-6603
    Email: bterrell@terrellmarshall.com
           bglass@terrellmarshall.com
           abrown@terrellmarshall.com
           bchandler@terrellmarshall.com

STIPULATION AND PROPOSED ORDER FOR
SUBSTITUTION AND WITHDRAWAL OF COUNSEL-3
(Case No. 2:19-cv-00620 JLR)

**GORDON REES SCULLY
MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

## II. ORDER

THIS MATTER, having come before the Court on the parties' Stipulation for Withdrawal and Substitution of Counsel, and the Court being fully advised in the premises, now, therefore, it is ORDERED that:

1. Attorneys Sarah Turner and Elizabeth Morrison of the law firm of Gordon Rees Scully Mansukhani, LLP should hereinafter be the attorneys that represent Defendants Columbia Debt Recovery, LLC d/b/a Genesis Credit Management, LLC and William Wojdak.

2. Attorneys Jeffrey P. Downer, Daniel C. Mooney, and Nicole T. Morrow of the law firm of Lee Smart, P.S., Inc. should be permitted to withdraw from representing Defendants Columbia Debt Recovery, LLC d/b/a Genesis Credit Management, LLC and William Wojdak, in the above-captioned case, and that such withdrawal shall take effect immediately.

3. The Clerk shall immediately amend the docket to reflect the changes in representation, specified above.

IT IS SO ORDERED.

ENTERED this 19th day of March 2020.

_____
The Honorable James L. Robart
U.S District Court Judge

STIPULATION AND PROPOSED ORDER FOR
SUBSTITUTION AND WITHDRAWAL OF COUNSEL-4
(Case No. 2:19-cv-00620 JLR)

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822