THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ADAMA JAMMEH and OUMIE SALLAH, on behalf of themselves and others similarly situated,

Plaintiffs,

v.

HNN ASSOCIATES, LLC; GATEWAY, LLC; COLUMBIA DEBT RECOVERY, LLC d/b/a GENESIS CREDIT MANAGEMENT, LLC; and WILLIAM WOJDAK,

Defendants.

**Cause No.: 2:19-CV-00620 JLR**

STIULATION AND ORDER OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

**CLERK'S ACTION REQUIRED**

## STIPULATION

1. This Stipulation and Proposed Order for withdrawal and substitution of counsel is being submitted pursuant to LCR 83.2(b)(1).

2. This stipulation applies to representation of parties in the above-captioned case.

3. All parties, through their respective undersigned counsel, stipulate and agree that attorney Karl Neumann of Cozen O'Connor may be substituted as counsel for the attorneys that represent Defendants HNN Associates, LLC, and Gateway, LLC in the above-captioned case.

4. All parties, through their respective undersigned counsel, stipulate and agree that Daniel C. Mooney, Jeffrey P. Downer, and Nichole T. Morrow, and the firm of Lee Smart

STIULATION AND [PROPOSED] ORDER OF WITHDRAWAL
AND SUBSTITUTION OF COUNSEL- 1
CAUSE NO. 2:19-cv-00620 JLR

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 1900
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 340-1000

LEGAL\45504913\1

P.S., Inc. should be permitted to withdraw from representing Defendants HNN Associates, LLC and Gateway, LLC in the above-captioned case, and such withdrawal shall take effect immediately.

| | |
|---|---|
| LAW OFFICE OF PAUL ARONS<br><br>*/s/ Paul Arons*<br>Paul Arons, WSBA No. 47599<br>685 Spring St., Ste. 104<br>Friday Harbor, WA 98250<br>P: (360) 378-6495<br>lopa@rockisland.com<br>*Attorneys for Plaintiffs*<br>DATED: March 26, 2020 | LEONARD LAW<br><br>*/s/ Samuel R. Leonard*<br>Samuel R. Leonard, WSBA No. 46498<br>1001 Fourth Ave., Ste. 3200<br>Seattle, WA 98154<br>P: (206) 486-1176<br>sam@settledebtdefense.com<br>*Attorneys for Plaintiffs*<br>DATED: March 26, 2020 |
| TERRELL MARSHALL LAW GROUP PLLC<br><br>*/s/ Ari Y. Brown*<br>Ari Y. Brown, WSBA No. 29570<br><br>*/s/ Beth E. Terrell*<br>Beth E. Terrell, WSBA No. 26759<br><br>*/s/ Blythe H. Chandler*<br>Blythe H. Chandler, WSBA No. 43387<br><br>*/s/ Brittany J. Glass*<br>Brittany J. Glass, WSBA No. 52095<br>936 N. 34th St., Ste. 300<br>Seattle, WA 98103<br>P: (206) 816-6603<br>abrown@terrellmarshall.com<br>bterrell@terrellmarshall.com<br>bchandler@terrellmarshall.com<br>bglass@terrellmarshall.com<br>*Attorneys for Plaintiffs*<br>DATED: March 26, 2020 | GORDON REES SCULLY MANSUKHANI LLP<br><br>*/s/ Elizabeth K. Morrison*<br>Elizabeth K. Morrison, WSBA No. 43042<br><br>*/s/ Sarah N. Turner*<br>Sarah N. Turner, WSBA No. 37748<br>701 Fifth Ave., Ste. 2100<br>Seattle, WA 98104<br>P: (206) 695-5100<br>emorrison@gordonrees.com<br>sturner@grsm.com<br>*Attorneys for William Wojdak and Columbia Debt Recovery, LLC*<br>DATED: March 26, 2020 |

STIULATION AND [PROPOSED] ORDER OF WITHDRAWAL
AND SUBSTITUTION OF COUNSEL- 2
CAUSE NO. 2:19-cv-00620 JLR

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 1900
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 340-1000

LEGAL\45504913\1

| | |
|---|---|
| LEE SMART P.S., INC.<br><br>*/s/ Daniel C. Mooney*<br>Daniel C. Mooney, WSBA No. 44521<br><br>*/s/ Jeffrey Paul Downer*<br>Jeffrey Paul Downer, WSBA No. 12625<br><br>*/s/ Nicole Theresa Morrow*<br>Nicole Theresa Morrow, WSBA No. 51546<br>701 Pike St., Ste. 1800<br>Seattle, WA 98101<br>P: (206) 624-7990<br>ntm@leesmart.com<br>dcm@leesmart.com<br>jpd@leesmart.com<br>*Withdrawing Counsel for HNN Associates LLC and Gateway LLC*<br>DATED: March 26, 2020 | COZEN O'CONNOR<br><br>*/s/ Karl Neumann*<br><br>Karl Neumann, WSBA No. 48078<br>999 Third Ave. Ste. 1900<br>Seattle, WA 98104<br>P: (206) 340-1000<br>kneumann@cozen.com<br>*Substituting Attorneys for Defendant HNN Associates, LLC and Gateway, LLC*<br>DATED: March 26, 2020 |

STIULATION AND [PROPOSED] ORDER OF WITHDRAWAL
AND SUBSTITUTION OF COUNSEL- 3
CAUSE NO. 2:19-cv-00620 JLR

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 1900
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 340-1000

LEGAL\45504913\1

**O R D E R**

THIS MATTER having come before the Court on the parties' Stipulation for Withdrawal and Substitution of Counsel, and the Court being fully advised in the premises, now, therefore, it is ORDERED THAT:

1. Attorney Karl Neumann of Cozen O'Connor should hereinafter be the attorney that represents Defendants HNN Associates, LLC and Gateway, LLC.

2. Attorneys Daniel C. Mooney, Jeffrey P. Downer, and Nichole T. Morrow, and the firm of Lee Smart, P.S., Inc. should be permitted to withdraw from representing Defendants HNN Associates, LLC and Gateway, LLC in this matter, in the above-captioned case, and that such withdrawal shall take effect immediately.

3. The Clerk shall immediately amend the docket to reflect the changes in representation specified above.

IT IS SO ORDERED.

DATED this 30th day of March, 2020.

_____
JAMES L. ROBART
United States District Judge

STIULATION AND [PROPOSED] ORDER OF WITHDRAWAL
AND SUBSTITUTION OF COUNSEL- 4
CAUSE NO. 2:19-cv-00620 JLR

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 1900
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 340-1000

LEGAL\45504913\1