UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADAMA JAMMEH, <br><br> Plaintiff, <br><br> v. <br><br> HNN ASSOCIATES LLC, <br><br> Defendant. | CASE NO. C19-0620JLR <br><br> ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT STRIKE PLAINTIFFS' JURY DEMAND AS UNTIMELY |

On April 26, 2019, Defendants removed this action to federal court. (Not. of Removal (Dkt. # 1).) On June 13, 2019, the parties filed a joint status report stating that "[n]o party has demanded a jury trial." (JSR (Dkt. # 8) at 6.) On June 14, 2019, the court issued a scheduling order setting a bench trial for October 13, 2020. (Sched. Ord. (Dkt. # 9) at 1.) On October 15, 2019, the court granted Plaintiffs' motion to file for leave to file a second amended complaint. (10/15/19 Order (Dkt. # 18).) On October 16, 2019, Plaintiffs filed their second amended complaint, which contained a jury demand. (SAC (Dkt. # 19) at 1.) On June 15, 2020, the court granted the parties' joint motion for a new

ORDER - 1

1 | trial date and case schedule and has stated that it intended to set a new trial date at the end
2 | of the court's trial calendar in fall of 2021.  (*See* Min. Ord. (Dkt. # 88); *see also* Joint
3 | Mot. (Dkt. # 84).)  The court now ORDERS Plaintiffs to show cause why the court
4 | should not strike the jury demand contained in Plaintiffs' second amended complaint as
5 | untimely and enter a revised scheduling order that sets a bench trial.  The court further
6 | ORDERS Plaintiffs to file its response to this order no later than seven (7) days from the
7 | filing date of this order and to limit its response to no more than ten (10) pages.
8 | Defendants may, but are not required to, file a response to this order.  If Defendants file
9 | such a response, their response shall be filed within the same time and page limits as this
10 | order provides for Plaintiffs.

11 | Dated this 17th day of June, 2020.

JAMES L. ROBART
United States District Judge

ORDER - 2