THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ADAMA JAMMEH and OUMIE SALLAH,<br><br>Plaintiffs,<br><br>v.<br><br>HNN ASSOCIATES, LLC, GATEWAY, LLC, COLUMBIA DEBT RECOVERY, LLC, d/b/a GENESIS CREDIT MANAGEMENT, LLC, and WILLIAM WOJDAK,<br><br>Defendants. | NO. 2:19-cv-00620-JLR<br><br>**STIPULATED MOTION AND ORDER TO EXTEND BRIEFING SCHEDULE**<br><br>**NOTED FOR CONSIDERATION: SEPTEMBER 25, 2020**<br>Without Oral Argument |

## I. STIPULATION

1. The parties have a mediation in this matter scheduled and confirmed for October 19, 2020.

2. In an effort to avoid expending resources on briefing that may become moot if the parties are able to successfully resolve the matter, the parties ask that the Court extend the current deadlines for the remaining briefing on Plaintiffs' supplemental brief in support of class certification, including Defendant's Response to Plaintiffs' Supplemental Brief in Support of Class Certification and Plaintiffs' Reply in Support of Class Certification (Dkt. No. 106) and the supplemental briefing related to Defendant Wodjak's motion for summary judgment (Dkt. No. 53).

STIPULATED MOTION AND ORDER TO EXTEND BRIEFING SCHEDULE - 1
CASE NO. 2:19-CV-00620-JLR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

3.      If the parties are able to reach a negotiated resolution of the case, they will promptly document the agreement and seek the Court's preliminary approval of the agreement and proposed notice under Rule 23(e).

4.      If the parties are unable to reach an agreement at mediation, the additional time requested will allow Plaintiffs to complete their planned depositions in preparation for the supplemental briefing on Mr. Wojdak's pending motion for summary judgement and will provide time for CDR to prepare its response to Plaintiffs' supplemental submission on whether an FDCPA subclass should be certified.

5.      Trial in this matter is set for October 12, 2021, and discovery cutoff is June 14, 2021 (Dkt. No. 101). Extending the current briefing deadlines will not require an amendment of the trial date or other case deadlines.

6.      Accordingly, the parties request that the Court amend the current briefing schedules as follows:

| **Supplemental briefs on whether a subclass should be certified** | **CURRENT DEADLINES (Dkt. No. 105)** | **PROPOSED DEADLINES** |
|---|---|---|
| CDR's response brief | October 7, 2020 | November 2, 2020 |
| Plaintiffs' reply brief | October 14, 2020 | November 9, 2020 |
| Submission of Plaintiffs' proposed notice place | 20 days after Court's ruling on subclass issue | unchanged |

| **Supplemental briefs on Mr. Wodjak's motion for summary judgment** | **CURRENT DEADLINES (Dkt. No. 103)** | **PROPOSED DEADLINES** |
|---|---|---|
| Complete depositions on individual liability | October 26, 2020 | November 20, 2020 |
| Plaintiffs' response brief | November 20, 2020 | December 11, 2020 |
| Mr. Wojdak's reply brief | December 11, 2020 | January 8, 2021 |

STIPULATED MOTION AND ORDER TO EXTEND BRIEFING
SCHEDULE - 2
CASE NO. 2:19-CV-00620-JLR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1     RESPECTFULLY SUBMITTED AND DATED this 28th day of September, 2020.

TERRELL MARSHALL LAW GROUP      COZEN O'CONNER

By: /s/ Blythe H. Chandler, WSBA #43387      By: /s/ F. Brenden Coller, *Admitted Pro Hac Vice*
   Beth E. Terrell, WSBA #26759             F. Brenden Coller, *Admitted Pro Hac Vice*
   Email: bterrell@terrellmarshall.com       Email: bcoller@cozen.com
   Blythe H. Chandler, WSBA #43387        COZEN O'CONNER
   Email: bchandler@terrellmarshall.com     1650 Market Street, Suite 2800
   Ari Y. Brown, WSBA #29570                Philadelphia, Pennsylvania 19103
   Email: abrown@terrellmarshall.com        Telephone: (215) 665-2000
   Brittany J. Glass, WSBA #52095
   Email: bglass@terrellmarshall.com          Karl Neumann, WSBA #48078
   936 North 34th Street, Suite 300          Email: kneumann@cozen.com
   Seattle, Washington 98103-8869           Patty Cameron
   Telephone: (206) 816-6603                 Email: pcameron@cozen.com
   Facsimile: (206) 319-5450                  Kellyn A. Green
                                                             Email: kagreen@cozen.com
   Sam Leonard, WSBA #46498              Jan Young
   Email: sam@seattledebtdefense.com     Email: jmyoung@cozen.com
   LEONARD LAW                           999 Third Avenue, Suite 1900
   3614 California Avenue SW, #151         Seattle, Washington 98104
   Seattle, Washington 98116                 Telephone: (206) 340-1000
   Telephone: (206) 486-1176
   Facsimile: (206) 458-6028               *Attorneys for Defendants HNN Associates, LLC,*
                                                             *Gateway, LLC*
   Paul Arons, WSBA #47599
   Email: lopa@rockisland.com              By: /s/ Elizabeth K. Morrison, WSBA #43042
   LAW OFFICE OF PAUL ARONS         Elizabeth K. Morrison, WSBA #43042
   685 Spring Street, #104                     Email: emorrison@gordonrees.com
   Friday Harbor, Washington 98250         Sarah N. Turner, WSBA #37748
   Telephone: (360) 378-6496                 Email: sturner@grsm.com
   Facsimile: (360) 378-6498                  GORDON REES SCULLY MANSUKHANI LLP
                                                             701 Fifth Avenue, Suite 2100
*Attorneys for Plaintiffs*                           Seattle, Washington 98104
                                                             Telephone: (206) 695-5100

                                                             *Attorneys for Columbia Debt Recovery, LLC and*
                                                             *William Wojdak*

STIPULATED MOTION AND ORDER TO EXTEND BRIEFING
SCHEDULE - 3
CASE NO. 2:19-CV-00620-JLR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

## II. ORDER

Based on the foregoing Stipulation, it is hereby ORDERED that the current briefing deadlines for the supplemental briefs on class certification and Defendant Wodjak's motion for summary judgment are amended as follows:

| Supplemental briefs on whether a subclass should be certified | DUE DATE |
|---|---|
| CDR's response brief | November 2, 2020 |
| Plaintiffs' reply brief | November 9, 2020 |
| Submission of Plaintiffs' proposed notice place | 20 days after Court's ruling on subclass issue |

| Supplemental briefs on Wodjak's motion for summary judgment | DUE DATE |
|---|---|
| Complete depositions on individual liability | November 20, 2020 |
| Plaintiffs' response brief | December 11, 2020 |
| Mr. Wojdak's reply brief | January 8, 2021 |

IT IS SO ORDERED.

DATED this 28th day of September, 2020.

_____
JAMES L. ROBART
United States District Judge

STIPULATED MOTION AND ORDER TO EXTEND BRIEFING SCHEDULE - 4

CASE NO. 2:19-CV-00620-JLR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

CERTIFICATE OF SERVICE

I, Blythe H. Chandler, hereby certify that on September 28, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Karl Neumann, WSBA #48078
> Email: kneumann@cozen.com
> Patty Cameron
> Email: pcameron@cozen.com
> Kellyn A. Green
> Email: kagreen@cozen.com
> Jan Young
> Email: jmyoung@cozen.com
> COZEN O'CONNER
> 999 Third Avenue, Suite 1900
> Seattle, Washington 98104
> Telephone: (206) 340-1000
>
> F. Brenden Coller, *Admitted Pro Hac Vice*
> Email: bcoller@cozen.com
> COZEN O'CONNER
> 1650 Market Street, Suite 2800
> Philadelphia, Pennsylvania 19103
> Telephone: (215) 665-2000
>
> *Attorneys for Defendants HNN Associates, LLC, Gateway, LLC*
>
> Elizabeth K. Morrison, WSBA #43042
> Email: emorrison@gordonrees.com
> Sarah N. Turner, WSBA #37748
> Email: sturner@grsm.com
> GORDON REES SCULLY MANSUKHANI LLP
> 701 Fifth Avenue, Suite 2100
> Seattle, Washington 98104
> Telephone: (206) 695-5100
>
> *Attorneys for Columbia Debt Recovery, LLC and William Wojdak*

STIPULATED MOTION AND ORDER TO EXTEND BRIEFING SCHEDULE - 5
CASE NO. 2:19-CV-00620-JLR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1  DATED this 28th day of September, 2020.

2                  TERRELL MARSHALL LAW GROUP PLLC

3                  By:   /s/ Blythe H. Chandler, WSBA #43387
                      Blythe H. Chandler, WSBA #43387
                      Email: bchandler@terrellmarshall.com
                      936 North 34th Street, Suite 300
                      Seattle, Washington 98103
                      Telephone: (206) 816-6603
                      Facsimile: (206) 319-5450

*Attorneys for Plaintiffs*

STIPULATED MOTION AND ORDER TO EXTEND BRIEFING
SCHEDULE - 6
CASE NO. 2:19-CV-00620-JLR

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com