# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADAMA JAMMEH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HNN ASSOCIATES LLC, et al., <br><br> Defendants. | JUDGMENT IN A CIVIL CASE <br><br> CASE NO. C19-0620JLR |

___ **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiffs' unopposed motion for final approval of the class action settlement (Dkt. # 128) is GRANTED. (*See* 6/9/21 Order (Dkt. # 134).) This action is DISMISSED with prejudice.

Filed this 9th day of June, 2021.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk